IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE RAVENSWOOD INVESTMENT COMPANY, L.P., individually, derivatively and on behalf of a class of similarly situated persons, | § § § § § | No. 496, 2018 |
| Plaintiff-Below, Appellant/Cross-Appellee, | § § § | Court Below: Court of Chancery |
| v. | § § | of the State of Delaware |
| THE ESTATE OF BASSETT S. WINMILL, THOMAS B. WINMILL, MARK C. WINMILL and WINMILL & CO. INCORPORATED, | § § § § § | C.A. Nos. 3730-VCS 7048- VCS |
| Defendants-Below, Appellees/Cross-Appellants. | § § | |

Submitted: April 24, 2019
Decided: May 3, 2019

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# **O R D E R**

This 3rd day of May, 2019, regarding Appellant's appeal and having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its Final Judgment dated August 29, 2018; Revised Post-Trial Memorandum Opinion dated March 22, 2018; Letter Opinion Concerning Plaintiff's Motion for Reargument and/or to Alter or Amend a Judgment dated April 27, 2018; Oral Ruling on Plaintiff's Motion to Amend, Plaintiff's Motion to Compel, Defendants' Motion to Quash, and Rulings of the Court dated May 12, 2016; Order implementing telephonic

ruling on Plaintiff's Motion to Amend and Defendants' Motion to Dismiss dated February 26, 2016; Memorandum Opinion and Order on Defendants' Motion to Dismiss dated May 31, 2011; and Letter Decision on Motion to Reargue dated November 30, 2011;

And regarding Appellees' Cross-Appeal and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its transcript ruling dated August 15, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgments of the Court of Chancery be, and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice